

# United States District Court
# Eastern District of California

| JOSE REYNALDO ARIAS GARCIA |
|---|

Plaintiff(s)

Case Number: | 1:26-cv-1256-TLN-JDP |

V.

| CHRISTOPHER CHESTNUT, et. al. |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Carl Hurvich hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, JOSE REYNALDO ARIAS GARCIA

On ____06/13/2017____ (date), I was admitted to practice and presently in good standing in the ____Massachusetts, New York, and Rhode Island____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____02/12/2026____       Signature of Applicant: /s/ Carl Hurvich

**Pro Hac Vice Attorney**

Applicant's Name: Carl Hurvich

Law Firm Name: Brooks Law Firm

Address: 10 High Street, Suite 3

City: Medford    State: MA    Zip: 02155

Phone Number w/Area Code: 617-245-8090

City and State of Residence: Medford, MA

Primary E-mail Address: carl@brookslawfirm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sarah L. Vuong

Law Firm Name: Ariela Lake Law & Consulting PLLC

Address: 1221 Hermosa Ave. Suite 101

City: Hermosa Beach    State: CA    Zip: 90254

Phone Number w/Area Code: (202) 996-5757    Bar # CA 258528

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 13, 2026

_____
JUDGE, U.S. DISTRICT COURT